LORRAINE TYREE *v.* MACK TYREE

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied by the court.

*Samuel J. Sferrazza,* for the appellee (plaintiff).

*Ronald E. Cassidento,* for the appellant (defendant).